

# APPEARANCE FORM FOR PRO SE LITIGANTS
## DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

Information entered on this form is required for any person filing a case in this court as a pro se party (that is, without an attorney).

**NAME:** ELIZABETH M. McLAUGHLIN
(Please print)

**STREET ADDRESS:** 305 COURT ST

**CITY/STATE/ZIP:** STREATOR, ILLINOIS 61364

**PHONE NUMBER:** 815 674 9105

**CASE NUMBER:** 08CV3596
JUDGE ANDERSEN
MAGISTRATE JUDGE ASHMAN

_Elizabeth M. McLaughlin_        6/20/08
Signature                         Date

**FILED**
JUN 2 4 2008   NF
Jun 24. 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT