**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

Elizabeth M. McLaughlin
         Plaintiff,

v.
                 Case No.: 1:08−cv−03596
                 Honorable Wayne R. Andersen

Dave Smith, et al.
         Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, August 12, 2008:

   MINUTE entry before the Honorable Wayne R. Andersen:By agreement of the parties, Stephanie Dodge Gournis is given leave to file an appearance on behalf of defendants. Defendants are to answer or otherwise plead by October 10, 2008. Status hearing set for 10/16/2008 at 09:00 AM.Mailed notice(tsa, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.